CLOSED, CV, JRTLC2

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01322−JRT−FLN

Schott v. Davol, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge John R. Tunheim
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 05/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Donna Schott** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Timothy M Connelly**
Eckland &Blando LLP
10 S 5th St Ste 500
Mpls, MN 55402
612−236−0160
Fax: 612−236−0179
Email: tim@ecklandblando.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Timothy M Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2008 | Ï 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $ 350 receipt number 4023787) Filed by Donna Schott. Assigned to Judge John R. Tunheim per Master List and referred to Magistrate Judge Franklin L. Noel. (Attachments: # 1 Civil Cover Sheet) (akl) (Entered: 05/14/2008) |
| 05/14/2008 | Ï | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (akl) Modified text on 5/15/2008 (jdf). (Entered: 05/14/2008) |
| 05/15/2008 | Ï 2 | REQUEST FOR WAIVER of Service sent to Sabina Downing, Attorney for Defendants |

| | | |
|---|---|---|
| | | (ckp.filings@crbard.com), C.R. Bard, Inc., 730 Central Avenue, Murray Hill, N.J. 07974 on 5/15/2008 by Donna Schott. Waiver of Service due by 6/16/2008. (Attachments: # 1 Attached Waiver of Service of Summons Form, # 2 Certificate of Service)(Johnson, Charles) (Entered: 05/15/2008) |
| 06/10/2008 | Ï 3 | WAIVER OF SERVICE Returned Executed filed by Donna Schott. Davol, Inc. waiver sent on 5/15/2008, answer due 7/14/2008; C.R. Bard, Inc. waiver sent on 5/15/2008, answer due 7/14/2008. (Johnson, Charles) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 4 | CERTIFICATE OF SERVICE by Donna Schott re 3 Waiver of Service Executed (Johnson, Charles) (Entered: 06/10/2008) |
| 07/11/2008 | Ï 5 | RULE 7.1 DISCLOSURE STATEMENT by Davol, Inc., C.R. Bard, Inc. that there is no such parent or publicly held corporation to report. (Connelly, Timothy) (Entered: 07/11/2008) |
| 07/11/2008 | Ï 6 | Consent MOTION to Stay *Proceedings* by Davol, Inc., C.R. Bard, Inc. (Connelly, Timothy) Modified text on 7/14/2008 (jdf). (Entered: 07/11/2008) |
| 07/11/2008 | Ï 7 | MEMORANDUM in Support re 6 Consent MOTION to Stay *Proceedings* filed by Davol, Inc., C.R. Bard, Inc. (Attachments: # 1 Exhibit(s) 73d Tag Along Order)(Connelly, Timothy) Modified text on 7/14/2008 (jdf). (Entered: 07/11/2008) |
| 07/11/2008 | Ï 8 | CERTIFICATE OF SERVICE by Davol, Inc., C.R. Bard, Inc. (Connelly, Timothy) (Entered: 07/11/2008) |
| 07/16/2008 | Ï 9 | ORDER granting 6 Motion to Stay. Signed by Magistrate Judge Franklin L. Noel on 7/15/08. (akl) (Entered: 07/16/2008) |
| 07/21/2008 | Ï 10 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−22), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (akl) (Entered: 07/22/2008) |